UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2017 OCT 12 PM 4:58
S.D. OF N.Y.

AKA Beverly Diane Antwi
Beverly Diane Akosua Liberty Marie Antwi

Write the full name of each plaintiff.

17 CV 7888

____CV____
(Include case number if one has been assigned)

-against-

① Douglas R. Stern Esquire
② Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara & Wolf LLP
③ Andrew Racine chief medical officer, Department of psychiatry Montefiore Medical Center Wakefield Hospital County of Bronx
④ Alan Yancovitch M.D.   ⑤ Assisted outpatient Treatment
⑥ ACT Team Bronx Psych CTR
⑦ Psychiatric Treatment / medication management Bronx psychiatric center
⑧ Bronx Psychiatric center
⑨ NYS offices of mental Health & Hygiene

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question   *Also Human Rights Violations.*

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*Their have been several Unconstitutional Arrests and forced medication management without a legal court order in place. I believe Coersion of Judges is happening. Is it legal for Supreme Court Justices to be forced to sign court orders against their will, when they disagree with the petitioner.*

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Beverly Diane Antus_, is a citizen of the State of
(Plaintiff's name)

_New York / New York_

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_Non-Applicable._

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

Both = Individuals & corporations

If the defendant is an individual: Eric Broutman
Douglas K. Stern Esquire

The defendant, Andrew Racine
ALAN Yancovitch , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:
Abrams, Fensterman, Eisman, formato, Ferrara, & Wolf

The defendant, ~~Eric Broutman~~ , is incorporated under the laws of Bronx Psychiatric Center

the State of New York State

and has its principal place of business in the State of New York State

or is incorporated under the laws of (foreign state) That would be Illegal

and has its principal place of business in City of New York borough of the Bronx

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Beverly      D.      Antwi
First Name   Middle Initial   Last Name

mailing address 2240 East Tremont Ave. #7D
Street Address

Bronx        New York        10462
County, City        State        Zip Code

DAD'S # (917) 803-8658
Telephone Number         Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: IAN
Last Name: DACOSTA
Current Job Title (or other identifying information): Director ACT Team Services Bx Psych Ctr
Current Work Address (or other address where defendant may be served): 3050 White Plains RD
County, City: Bx NY
State: New York
Zip Code: 10467

Defendant 2:
First Name: Dimitri
Last Name: Bronovitski M.D.
Current Job Title (or other identifying information): 3050 White Plains RD Bx, New York
Current Work Address (or other address where defendant may be served): 3050 White Plains RD
County, City: Bronx
State: New York
Zip Code: 10467

Defendant 3:
First Name: Bronx
Last Name: Psychiatric Center
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served): 1500 Waters Place
County, City: Bronx
State: New York
Zip Code: 10461

Defendant 5: Andrew Racine

Defendant 6: Himani Ghoge
Licence # 264994-1

Defendant 4: **Fensterman, Fensterman, Eisman, Formato**
First Name **Ferrara**, Last Name **Wolf, LLP**

Counsel to Andrew Racine
Current Job Title (or other identifying information)

1500 Waters Place - Bronx Psychiatric Center
Current Work Address (or other address where defendant may be served)

Bronx          New York          10461
County, City            State            Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: New York State Supreme Court
Bronx Psychiatric Center, 1500 Waters Place Bx, N.Y. 10462

Date(s) of occurrence: December 21st 2016

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I was served with a final order where the signature of the Judge differed from the Judge's stamp. Now on the filing and statements of the petitioner, they had no legal precedence for an ACT team or AOT to be instituted. I had only been hospitalized once and it was voluntary. I also was not in violation of any OMH laws. I was residing legally at the Franklin Women Shelter, I was receiving meals, I was in no medical health crisis, I was suffering from no psychological or delusional episodes. I complained of stalking, and was told that I was a negative influence in NYC because stalking me (which was the implication) brings money to New York City. Also, they forcing me to live on $180.00 a month.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Blood Sugar level As low As 24 Pulse and Blood Rate as low as 60/30 where close To Coding. Was given a Clozaril injection that caused temporary partial paralysis at Bx Lebanon Hospital.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I want Honorary Ben R. Barrato who was Cohersed given the monteary Value of the whole self-worth of Bx Psychiatric Center and Act Team Services. And the Businesses themselves Returned to New York City government As government Run Hospitals.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10/12/17

Plaintiff's Signature: [signed]

First Name: Baverly
Middle Initial: D.
Last Name: Antoui

Street Address: 2240 East Tremont Ave

County, City: BX
State: New York
Zip Code: 10462

Telephone Number: (917) 803-8658

Email Address (if available): 

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.