USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/18

RECEIVED
SDNY PRO SE OFFICE
2018 JAN 23 PM 12:41
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beverly Diane Antwi
The Individual D.O.B. 1-27-74 of Abilene Kansas

Write the full name of each plaintiff or petitioner.

Case No. 17 CV 07888

-against-

Bx Psych; Act Team Services;
Ian Bacosta; Bronavsky; Abrams etc.

Write the full name of each defendant or respondent.

NOTICE OF MOTION TO REOPEN

PLEASE TAKE NOTICE that Beverly D. Antwi Individual 01/27/74 / Same
   plaintiff or defendant   name of party who is making the motion

requests that the Court:

Reopen case and extend completion of filing terminology and constitutional case wording.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law
☑ my own declaration, affirmation, or affidavit
☐ the following additional documents:

01/23/2018 (19)
Dated

[Signature]

Beverly Diane Antwi
Name & Mailing Address

2240 East Tremont Ave  Bx  NY  10462
Address                 City State Zip Code

None Available
Telephone Number (if available)

E-mail Address (if available)

Prison Identification # (if incarcerated)