Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2018 APR 10 PM 12:33
S.D. OF N.Y.

__Beverly Diana(e) Antwi__

Write the full name of each plaintiff or petitioner.

Case No. __13 CV 835 (FM)(CM)(ER)__
__17 CV 7888 (FM)(CM)(ER)__

-against-

__Health and Human Serv Systems__
__FEGS__

Write the full name of each defendant or respondent.

Letter re: __ALL Info Submitted from January 2018 up to Currently. Also Refer To 17 CV-7888 (CM)__

[margin note: Explaining withdrawal of Acceptance of lesser claim.]

Your Honor; Kaufman, Boorgest and Ryan LLP have been defiling and Refiling Court Petitions that Contradict your order. They are claiming a chapter 11 Judgement that doesn't exsist; that Constitutes Fraud by all legal standards. I kindly Withdraw my claim of only wanting to accept 3.5 million and ask that the original claim that equalled 100 million in assets and ~~mone~~ monetary claims Specified in the Original filing petition that began at 161st/Grand Concourse and was transferred Here To 500 pearl st. Although I Can't Quite Recall, their were

Dated: __April 10th, 2018__

Signature: __Beverly Antwi__

Name: __Beverly Diane(a) Antwi__

Mailing Address: __2240 East Tremont Ave__   City: __Bx__   State: __NY__   Zip Code: __10462__

Prison Identification # (if incarcerated)

Telephone Number (if available): __N/A__

E-mail Address (if available): __N/A__

(1)

{ Explaining original judgement and claim.

originally A claim of 18 points, 2 or 3 were transferred HERE but I made a claim that at least 9 to 11 points were supposed to be transferred Here, because they were all in my opinion (and I used A Constitutional law Textbook) actually a book on the U.S. Constitution which I purchased from Barnes and Nobels. The other points, I was told to take it up to in a smaller Court because they didn't Constitute Civil Rights or Constitutional rights Violations. I'm assuming they Constituted A Violation of state law and City law, including Gross negligences that should have been handled not only civilly but Criminally. Upon

{ More evidence w/ statements will be submitted.

further investigation I hereby Agree. There have been Numerous Acts of fraud on a County Clerk level, A Social Service level, and on a Criminal Felony level. Their Also has been A gross breach in my medical Records

{ Explaining why their needs to be arrests.

that Criminal elements are Using to insure that all their forms of fraud go Undetected. For Example, I've never suffered from any Kind of long standing form of Terminal Illness Including H.I.V.. As at least Yesterday I've been Confronted All over again by mr. Bronovinsky (refered to as Such because I believe he lacks the proper licencing), that he's transferred my Case To A manhattan ACT Team. And their insisting on an anti-viral H.I.V. medication all over again. This is to systemmatically circumvent All forms of procedural law.

②

Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Beverly Diane(a) Antwi

Write the full name of each plaintiff or petitioner.

Case No. 13 CV 835 (fm)(cm)(er)
17 CV 7888 (fm)(cm)(er)

-against-

Health and Human Serv Systems Letter re:
FEGS — (17 CV 7888)
ACT Team Community Treatment Serv.
BPC (Communities of Wakefield, Baychester, White Plains Rd)

Write the full name of each defendant or respondent.

[left margin: explaining why the deferment of your orders were a sad disregard of why law enforcement should be involved.]

Now, # because of all these breaches in the procedural laws of this country which include the participation of Social Workers, County Clerks, Medical filing clerks, Agency Investigators and disciplinary Action boards — I was able to bring about the Suite in the 1st place. But, Now they say, I'm the only Beverly Diane(a) Antwi on Record, but government Agency documentation says otherwise. In other words, my basis of Judicial Judgement, where I was awarded my Judgement — the main basis of it, still hasn't been fixed, creating A worse problem and Rebreaches all over Again.

April 10th 2018
Dated

Beverly D. Antwi
Signature

Beverly Diane(a) Antwi
Name

Prison Identification # (if incarcerated)

Mailing 2240 East Tremont Ave.
Address

BX
City

NY
State

10462
Zip Code

N/A
Telephone Number (if available)

N/A
E-mail Address (if available)

③

SDNY Rev: 5/20/2016

I resubmit my Relief Under 17-CV-7888 (cm) SDNY that to begin with, those entities stated Under that petition and Complaint # filing number be arrested, including Investigators of Kaufman, borgeest, and Ryan which my original claim as to why is under 13 CV 835 SDNY. If you look at my credit Report Under 13 cv 835, Kaufman Borgeest, and Ryan (their Valhalla office) are the first that should be investigated and summarily arrested. Before I had ever filed (years ahead of time, they had already Investigated). I want MHLS Attorneys arrested Under 209-99 OMH Also. Reiterating my Reasons —

① Gross supposed negligence that is leading to hidden ways to Somehow Recoup fraudent monies. For instance accidental medication mismanagement, which should have rendered me TERMINALLY ILL. They keep on Insisting on an H.I.V. Anti-Viral which defys the Common Sense not only of modern medicine but even early H.I.V. anti-viral administorial procedure.

② A perpetuation of the Same Illegal and gross negligible behavior that bankrupted my Social Security Number in the 1st place. And Sadly by the Same Corresponding Agencies, using the Same ways. As to date I still haven't been able to enjoy or Receive any of my award and Judgement winnings. ④

# Mount Sinai Beth Israel
**Department of Emergency Medicine**
First Avenue at 16th Street
New York, NY 10003
212-844-1644

## Laboratory Tests and Imaging Studies

Below you will find the results of the lab test and imaging studies done for you while in the Emergency Department at Beth Israel Medical Center. Please bring them to your primary care provider and keep a copy for future reference. This information will help your primary care provider to determine if further diagnostic testing is required.

**Laboratory Tests:**

```
10:42 03/14/2018: FINAL_RESULT
  Procedure: HIV1 Ag, 2Ab
  Test                Result              Normal Range            Flag
  HIV1 Ag, 2Ab        Non React           Non React
```

As for 02/21/2017, the new fourth generation HIV AG AB screening test replaces HIV 1/2 AB Oraquick test at MSBI.
This test detects HIV-1 p24 antigen and antibodies to HIV-1 and HIV-2. It is a qualitative immune assay, the reactive results are preliminary and reactive sera are automatically reflexed to a confirmatory test, the HIV-1/HIV-2 antibody differentiation assay.
The confirmatory results must be considered in making diagnosis related to HIV infection.

This information has been disclosed to you from confidential records which are protected by state law. State law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

**Pending Laboratory Tests:**

**Imaging Studies:**

**Pending Imaging Studies:**

*Handwritten annotation:* "I am not and have never been H.I.V. positive! So why Anti-Viral? and also why defy your order? What ADC/Life Diagnosis? I've been tested also under Beverley Antwi." 

## How we figured your Medical Assistance Budget.

Check the information below and let us know if there is anything wrong. If there is a mistake it could mean that the decision we made about your benefit is not correct.

The income amounts should show the actual verified income Amount(s). Because of your Budget Type, all expenses you have may not be used in figuring your budget.

General monthly disregards from income are:
- o Non-SSI Budget Types receive a $90.00 disregard from earned income.
- o SSI Related Budget Types receive a $65.00 and 1/2 remainder deduction from earned income.
- o SSI Related Budget Types receive a $20.00 disregard from income.
- o All amounts are counted on a monthly basis. To figure your monthly income we multiply your average weekly income by 4 1/3, or your average bi-weekly income by 2 1/6, etc. The Period used in your budget determines which method was used.

### MA NOTICE BUDGET

Date: 01/01/18 TO 12/31/18     *HIV Retarded*     Version 2

| Case Name | Case No. | Budget Type | Number in Case |
|---|---|---|---|
| ANTWI BEVERLY | 008977447F | LIF/ADC-Related | 1 |

#### EARNED INCOME

| Income Source 1 | Period | Amount |
|---|---|---|
|  |  | 0.00 |

Expenses From Earned Income Source 1

| Insurance | Support | Work Expense | Impairment Related Expense | Allowable Child Care |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Income Source 2 | Period | Amount |
|---|---|---|
|  |  | 0.00 |

Expenses From Earned Income Source 2

| Insurance | Support | Work Expense | Impairment Related Expense | Allowable Child Care |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

#### UNEARNED INCOME

| Source | Period | Amount | Exemption | Amount | Exemption | Amount |
|---|---|---|---|---|---|---|

#### RESOURCES

| Resource | Value | Resource | Value |
|---|---|---|---|

*This person needed excuse to steal my money.*

⑥

CONTINUED ON THE NEXT PAGE ...