# HEALTH CARE PROXY INFORMATION

The New York Health Care Proxy Law allows you to appoint someone you trust - for example, a family member or close friend - to make health care decisions for you if you lose the ability to make decisions yourself. By appointing a health care agent, you can make sure that health care providers follow your wishes. Information about the New York Health Care Proxy and the New York State Health Care Proxy form is available on the New York State Department of Health web site at:

http://www.health.state.ny.us/professionals/patients/health_care_proxy/.

If you would like a copy of the form mailed to you, call the New York State Medicaid Help Line at 1-800-541-2831. **Please, do NOT send the completed form to the local department of social services.**

CONTINUED ON THE NEXT PAGE ...



# Department of Homeless Services
## Independent Living Plan for Adults/Families

| FACILITY NAME: THE STADIUM WOMEN'S SHELTER | | | TODAY'S DATE: 04/07/2018 | CASE NUMBER: 9577006 |
|---|---|---|---|---|
| CLIENT NAME: BEVERLY ANTWI | UNIT / BED #: 2-070 | ILP TYPE: Bi-Weekly | | DATE OF ADMISSION: 03/02/2018 |
| OTHER ADULT: | CASE COMP: 1/0 | PA/HRA#: | SSN: XXX-XX-6392 | CARES ID #: 1603544 |
| PA STATUS: Applying | | | | |

| Concerning Member | Service Need | Service Activity | Service / Provider Agency | Start Date | Completion Date |
|---|---|---|---|---|---|
| BEVERLY ANTWI | Medical | Activity Specifics: Provide proof of TB clearance. Client must provide proof of TB clearance | | 03/01/2018 | 03/15/2018 |
| BEVERLY ANTWI | Housing | Activity Specifics: Seek and accept first suitable housing offer (client activity). Client agrees to attend and complete all housing interviews, housing fairs, and appointment. Client must accept first suitable housing offered. | | 03/01/2018 | 03/15/2018 |
| BEVERLY ANTWI | Health and Safety | Activity Specifics: Maintain clean, uncluttered and hazard-free bed/ unit/crib. Client must maintain a clean, uncluttered and hazard-free bed/unit. | | 03/01/2018 | 03/15/2018 |
| BEVERLY ANTWI | Health and Safety | Activity Specifics: Participate in fire drills. Client must participate in all fire drills. | | 03/01/2018 | 03/15/2018 |
| BEVERLY ANTWI | Medical | Activity Specifics: Provide medical documentation. Client will stay in compliance with all medical appointments, client needs an immediate physical | | 04/07/2018 | Ongoing |
| BEVERLY ANTWI | Mental Health | Activity Specifics: Participate in mental health treatment. CM is working closely with client, CM encorages client to enroll in services | | 04/07/2018 | Ongoing |
| BEVERLY ANTWI | Entitlements/Benefits | Activity Specifics: Maintain benefit or entitlement. Client will maintain an active public assistance case, during shelter stay. Client will attend all HRA, BTW and We CARE appointments. Client will also inform Case Manager of all appointments. | | 04/07/2018 | Ongoing |
| BEVERLY ANTWI | Rules and Regulations | Activity Specifics: Adhere to all shelter rules and regulations. Client agrees to comply with all shelter rules and regulations as part of the CARF. Client agrees to adhere to 10pm curfew. Client agreed to sign the daily log when entering and leaving the facility. Client agreed to sign the nightly roster between 8pm to 10pm daily. | | 04/07/2018 | Ongoing |



DOC|INDEPENDENT_LIVING_PLAN

DHS Form 12A
Rev 12 12/22/2011

1 of 3
CARES Case Number: 9577006
Generated: 04/07/2018 09:25 AM

---

Handwritten notes:
- Doesn't it fall on the 1st or the 2nd? It falls on a Sunday (Now I'm a sabbath keeper I wouldn't know) so How can today be? Sunday at least the 8th? 7th? Today is Immunizations TB. Test

References
Fri & to &
Sat 3) April 3)
Sun
Acctng
firm
Taxes 2017
Taxes 3xtt
B.S. McCain!
McCain

Thurs- March 22
Fri March 23   Court House
Sat March 24
Sun March 25
Mon March 26   DADDY
Tues March 27
Wed March 28
Thurs March 29
Friday March 30
Sat March 31
Sun April 1
Mon April 2
Tues April 3
Wed April 4
Thurs April 5
Fri April 6
Sat April 7
Sun April 8 — Correct IRE Date of Today's Date
Mon April 9

Criminal Court City of New York
265 East 161st Street
Bronx, New York 10451

MAR 2 3 2018

Keep in mind, ALL of these misdAtes ARE Another reason for the Confusion!

(8)

EXP-76R (page 1 of 2) LLF
Rev. 11/16/16

045    Concourse Job Center
1375 Jerome Ave

Bronx        NY    10452

Beverly       D    Antwi
2240 E TREMONT AVE
Apt 7D
BRONX        NY    10462-0000

**Human Resources Administration | Family Independence Administration**
**NYC Department of Social Services**

Date Entered Into Case Record: 02/13/2018
Case Number: 00033531196F
Case Name: Antwi Beverly
Center Name: Concourse Job Center

*Beverly Diane(a) Antwi is my name.*

## For Your Records: Documents We Received From You

This receipt contains a list of documents that we received for your case. If it is not a correct or complete list, please call (718) 557-1399. Otherwise no action is needed from you.

The list of documents below may not be sufficient to verify certain eligibility factors. We will let you know if we need more documents.

| Document Received | Document Received for |
|---|---|
| Letter from a Housing Facility | Beverly D Antwi |
| | |
| | |

*This wasn't from my social worker. Ms. Ortiz she's given me a non-application.*

*And I have one from 1260 Sedgwick Ave. In June 2017. 1260- Dated 3/2018*

*An Investigation from 48 Catherine St.*

**MORE DOCUMENTS MAY BE LISTED ON THE NEXT PAGE**



28898 02615 06388 002 002  005918


