

**Acacia Network**

ROOTED IN THE COMMUNITY SINCE 1969

1260 Sedgwick Ave
Bronx, New York 10452
347-649-3296 | F: 347-590-8227

Date: 3/28/2018

RE: Beverly Dianela Antwi

S.S.N : XXX-XX-6392

I wish to inform you that **Beverly Antwi** is a current resident at The Basics **Stadium Women's Shelter** located at **1260 Sedgwick Ave. Bronx, NY 10452**. Beverly Antwi has been a resident at this facility since **3/15/2018**...This is a <u>non-cooking facility</u> and metro cards are only provided for housing purposes.

If you have any questions, Please feel free to contact me at **(347) 649-3296 ext. 8391**

SINCERELY

CANDICE ORTIZ...CASE MANAGER

Candice Ortiz ( Case Manager, BS
ACACIA NETWORK
CaOrtiz@basic.org

*[Handwritten notes:]*
#1) Yes, It's A Cooking Facility!
#2) Yes, it's supposedly licenced by NYC DHS! But NO WHERE is it stated HERE.
This Implies I'm not under NYC social services Department of Homeless Services so How can I be Beverly Dianela Antwi?

(10)

300 EAST 175TH STREET, BRONX, NY 10457 / P: 347.649.3233 / F: 718.299.0463
AcaciaNetwork.org

| Milagros Baez O'Toole | Raul Russi | Hon. Hector L. Diaz | Pamela Mattei | Tomas Del Rio |
| Chairwoman of the Board | Chief Executive Officer | President | Chief Operating Officer | Chief Financial Officer |

Director, office
of Civil Rights
Room 326-W,
Whitten Building
1400 Independence
Ave. S.W.
Washington D.C.
20250 -
9410

**Case Home:** BEVERLY ANTWI - 9577006

## Options

### Details

| | | | |
|---|---|---|---|
| **Case Number:** | 9577006 | **Service Type:** | Shelter |
| **Case Type:** | Single Adult | **Managerial Flag:** | No |
| **Case Composition:** | 1/0 | **Case Owner:** | Candice Ortiz |
| **Case Status:** | Open | **Intake Location:** | Franklin [Update] |
| **Family ID:** | | **Reserved:** | |
| **Reserved:** | | **Case Close Date:** | |
| **Case Closure Reason:** | | **Were all children present at Intake:** | |
| **Head of Case:** | BEVERLY ANTWI | **ACS Involvement:** | No ACS Involvement Indicated |

### DV History

| | |
|---|---|
| **Most Recent DV History:** | |

### Shelter Case

| | | | |
|---|---|---|---|
| **Application Type:** | New | **Application Date:** | 2/12/2016 |
| **Application Status:** | Completed | **Immediate Needs Assessment:** | |
| **Hold Type:** | | **Hold End Date:** | |
| **Case Outcome:** | | **Case Outcome Date:** | |



3) Documented raise History

4) Confusing/Contrasting Terminology
Ill — Menaces Give To Unstable (Terminal Illnesses)

by referring to them as Beverly — Akesha Antu — Antu

5) Defining Court Orders

6) Using Sentences to misrepresent Judges, Presidents, Agency Heads so that no one Believes the news

7) Intentionally Lying and Misleading people about the dates and the day and the year Calling T privately to Judges

As A psych eval — But when you tell them the correct year they call you crazy physically to document
to docs raise - Documented

| | | | |
|---|---|---|---|
| **Long Term Stayer:** | No | **Medical Dependent on Case:** | No |
| **Official Shelter:** | THE STADIUM WOMEN'S SHELTER | **EAF Generated Date:** | |

Now, Who or what is United States Cares? Are they violating privacy laws and on top of that, using it as an excuse to defy court orders - And negligently mislead the court system and gov't officials so that my records are mixed up?

⑫

① ILLEGAL ARRESTS
② Psychological Abuse

1) Psych eval fitted for a lack of violent tendencies
2) Slavery
3) Outdated meds
4) Salt to chronic anemic

① HARASSMENT & STALKING

Ⓐ DAD — me in my voice shifts empathic abilities respericlone cost A co

Ⓑ Practicing med w/o a license under raise pretenses.

Ⓒ Anti-virals when theirs no HIV — only find a temp not even a fever temp, no remedies